UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 03-80530-CIV-MIDDLEBROOKS/Johnson

04 MAR -9 PM 3:55
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

JONENE A. HISCOCK,
and all similarly situated individuals,

Plaintiff,

v.

HIPPOCRATES HEALTH INSTITUTE OF FLORIDA, INC.,
a Florida Corporation, and
BRIAN CLEMENT,
individually,

Defendants.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rule of Civil Procedure 41, Plaintiff JONENE A. HISCOCK, and Defendants HIPPOCRATES HEALTH INSTITUTE OF FLORIDA, INC. and BRIAN CLEMENT, stipulate to the dismissal with prejudice of this entire Action.

Respectfully submitted,

**ROSENBERG AND McAULIFFE, PL**
Counsel for Plaintiff
777 South Flagler Drive, Suite 800 West
West Palm Beach, Florida 33401
Telephone: (561) 515-6094
Facsimile (561) 515-6144

ROBIN L. ROSENBERG, ESQ.
Florida Bar No.: 0849669
MICHAEL F. MCAULIFFE, ESQ.
Florida Bar No. 0158356

DATED: 3/9/04

**Akers & Boswell, PA**
Counsel for Defendants
2875 South Ocean Blvd., Suite 200
Palm Beach, Florida 33480
Telephone: (561) 547-6300
Facsimile (561) 547-3955

DON R. BOSWELL, ESQ.
Florida Bar No.: 145894

DATED: 3/09/2004

RA
32